

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: | § | No. 08-20-00161-CV |
|  | § |  |
| FABIOLA SANCHEZ, | § | AN ORIGINAL PROCEEDING |
|  | § | IN MANDAMUS |
| RELATOR. | § |  |
|  | § |  |

**MEMORANDUM OPINION**

Relator Fabiola Sanchez has filed a petition for a writ of mandamus against the Honorable Jesus Rodriguez, judge of El Paso County Court at Law No. 5, contending that the trial court abused its discretion by issuing a temporary order. The petition is denied.

To be entitled to mandamus relief, a relator generally must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135 (Tex. 2004)(orig. proceeding). Second, the relator must demonstrate that there is no adequate remedy by appeal. *Id*. at 135-36. The burden is on the relator to show he is entitled to mandamus relief. *See In re Ford Motor Co.*, 165 S.W.3d 315, 317 (Tex. 2005)(orig. proceeding).

After reviewing the mandamus petition and record, we conclude that Relator has failed to show entitlement to mandamus relief on this record. Accordingly, we deny the petition for writ of mandamus.

June 23, 2021

YVONNE T, RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.